[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-15792
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00264-AT-JFK-2


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS PINEDA,
a.k.a. Chivo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(June 17, 2015)

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

S. Lester Tate, III, appointed counsel for Jose Luis Pineda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pineda's convictions and total sentence are **AFFIRMED**.